Thintinus Taylor #71307408
FCI Herlong
Federal Correctional Inst.
P.O. Box 800
Herlong, CA 96113

UNITED STATES DISTRICT COURT
for the

**FILED**
FEB 05 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

THINTINUS N. TAYLOR
_Petitioner_

v.

Case No. 2:21 CV 227 —— KJN HC
_(Supplied by Clerk of Court)_

BUREAU of PRISONS
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: THINTINUS NOSETH TAYLOR
   (b) Other names you have used: THINTINUS N. TAYLOR

2. Place of confinement:
   (a) Name of institution: FCI Herlong
   (b) Address: P.O. Box 800
   Herlong, CA. 96113
   (c) Your identification number: #71307408

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Sandra Day O'Conner Federal Courthouse, Phoenix, AZ. 85003
   (b) Docket number of criminal case: 2:16-CR-01377-ROS-2
   (c) Date of sentencing: 4-9-2018
   ☐ Being held on an immigration charge
   ☐ Other _(explain):_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): _Wanton and barbaric disregard of human rights and constitutional provisions_

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _FCI Herlong of Herlong, California_

   (b) Docket number, case number, or opinion number: _N/A; Denial dated 4/20/2020_

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _The specified criteria for judging the eligibility of inmates in utilization of emergency depopulation provisions provided by CARES ACT of 2020 and First Step Act of 2018._

   (d) Date of the decision or action: _4/20/2020_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes  ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _BOP Western Regional Office_

   (2) Date of filing: _4/27/2020_

   (3) Docket number, case number, or opinion number: _Remedy ID: 1023028-R1_

   (4) Result: _Denied; Thwarted; untimely response_

   (5) Date of result: _Rec'd on: 7/1/2020_

   (6) Issues raised: _The decision of the Warden not being based on proper primary factors and sub-factors, regarding "Institution of Requests" § 571.61 @ Denial of request was not based on perameters of depopulation provisions._

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes        ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: BOP CENTRAL OFFICE

(2) Date of filing: 7/2/2020

(3) Docket number, case number, or opinion number: BOP NON-RESPONSIVE

(4) Result: IGNORED

(5) Date of result: N/A

(6) Issues raised: REGIONS DENIAL RESTED ON THE ASSERTION THAT I MUST FILE BP-9 REQUEST AT THE INSTITUTION LEVEL WHEN I WAS EXPRESSLY DIRECTED BY CASE MANAGER AND COUNSELOR FLORES THAT ALL APPEALS FOR "THIS REQUEST" GO TO REGION. FURTHERMORE, THE WARDEN EXPRESSLY STATED WITHIN HIS RESPONSE THAT AN INFORMAL APPEAL DID NOT NEED TO BE COMPLETED. THE WARDENS MEMORANDUM WAS ATTACHED TO REGIONAL APPEAL.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes        ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: SANDRA DAY O'CONNER FEDERAL COURTHOUSE

(2) Date of filing: 7/11/2020

(3) Docket number, case number, or opinion number: 2:16-cr-01377-PHX-ROS-2

(4) Result: INHERENTLY DENIED APPOINTMENT OF COUNCEL; PROCEEDED

(5) Date of result: ON or ABOUT 7/25/2020

(6) Issues raised: REQUESTED APPOINTMENT OF COUNCEL; PROVIDED DOCUMENTATION AND GAVE COMMENT ON THE INCOMPETENCE OF BOP IN THE HANDLING OF MY ADMIN. REMEDIES

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes       ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes       ☐ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes       ☒ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

Case 2:21-cv-00227-KJN Document 1 Filed 02/05/21 Page 5 of 12

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _Construed as "MIS Motion"_

(b) Name of the authority, agency, or court: _Sandra Day O'Conner Federal Courthouse_

(c) Date of filing: _8/27/2020_

(d) Docket number, case number, or opinion number: _2:16-cr-01377-PHX-MOS-2_

(e) Result: _Court claimed lack of jurisdiction; alluded to 2241 as proper vehicle_

(f) Date of result: _rec'd: 10/1/2020_

(g) Issues raised: _Due Process violation, Cruel & Unusual Punishment due to failure to depopulate as directed by Justice Department; misinterpretation of eligibility guidelines for inmates that qualify for CARES Act & First Step Act provisions.... the letter & spirit of such statutes during a world health pandemic, with consideration given to FBOP's limited infrastructure._

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _8th Amendment violation; Cruel & Unusual Punishment_

(a) Supporting facts (Be brief. Do not cite cases or law.):
- Exercise has been systematically prohibited since 4/1/2020, for a total of 9 months as of 1/1/2021.
- "Extreme Isolation," due to capacity issues; yet deliberately indifferent.
- Forced labor / slavery while suffering from Covid-19 symptoms.
- Denied medical attention while Covid-19 positive.
- Isolation due to shortage of staff. (Weekend: no showers, phone etc.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No
IN part

GROUND TWO: Due Process Violation; 5th Amend.
- Changing mode of confinement outside jurisdiction of the Court.
- Undermining United States Sentencing Guidelines

(a) Supporting facts (Be brief. Do not cite cases or law.):
- Lockdowns due to staff shortage
- "Management Variables," are being used as a catch-all remedy to house Low, Medium and High custody inmates, instead of proper emergency measures.
- The sentence imposed does not specify or imply involuntary servitude, as part of punishment.
- Prison operations have been modified since 4/1/2020. Rather than adhere to DOJ in implementing emergency provisions due to institutions being "materially affected," BOP implements prolonged modification

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

GROUND THREE: 8th, 13th, 5th, 14th Amendment Violations; Involuntary Servitude / Slavery

(a) Supporting facts (Be brief. Do not cite cases or law.):
- Labor forced in spite of soft shoe pass
- See Attached statement titled, "Facts of the Matter"
- The sentence imposed for the conviction of violating U.S.C. does not include or imply involuntary servitude, nor does U.S.S.G imply that slavery may be part & parcel of the sentence [13th & 5th]. Yet my labor was forced and man-hours were taken without compensation while I suffered and complained of Covid-19 related illness [14th & 8th]

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No  The original matter was an effort to highlight and enforce the proper perimeters and guidlines in facilitating depopulation. All violations are a direct result of failing to adhere to DOJ and Admin. Remedy process is exhausted.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Reckless Endangerment / Reckless Misconduct; 8th & 14th Amendment Violations

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

"On or about 11/26/2020 over 100 inmates tested positive for Covid-19. On 12/8/2020, all positive Covid-19 victims were integrated into every unit on the compound and deemed, "recovered," without any additional testing or medical attention. Covid-19 victims were forced into Covid-19 communes of involuntary servitude. It is not a fact that one can't be infected twice. It is a fact that a 2nd strain exists.... And proper quarantine perimeters are not heeded.

(b) Did you present Ground Four in all appeals that were available to you? This is a direct result
☐ Yes    ☐ No  of the matters: failure to depopulate, "thwarting of administrative remedies and deliberate indifference. A snowball

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The non-sensical reasons why ALL "depopulation provisions," requests from inmates were denied by Warden Thompson, was verbally attributed (by numerous staff) to the emails from BOP that were being adhered to. Appeals of such policy were thwarted and ignored, and all grounds are simply evidence of degeneration from corrosive policy; yet violations, none the less.

**Request for Relief**

15. State exactly what you want the court to do: "Impose Social Distancing Mandate: Single-cell occupancy only" or no more than 1 inmate per 6 square-feet of living and common areas. With a monetary fine in the amount of 50% more than 'violating facilities' 7-year previous earnings average, for violation of capacity cap. SEE: Attachment titled, "Relief," for complete list

→ Additionally: Access to unit team is next to nil and receiving proper assistance from unit team (BP-forms, copies, legal mail services) is impossible. Access to law library is forbidden and one is easily ignored when locked behind a steel door.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
1/10/2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/10/2021

_____, Trustee
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

"Relief"                               Attachment: 1
cont. from pg. 9 of 2241 form

- Mandatory phone access during emergency lock-downs that are non-punitive, whereby:
  - Staff is mandated to roll phones around the housing units, for inmate access through feeding slot (as performed in many Special Housing Units)
  - Phones rotated every 15 mins.; consistant with, "Officer rounds," that are already mandated.
  - Unlimited phone circulation from 6 A.M. - 8:30 p.m. 7 days/week
- $50,000 in damages for 8th & 13th Amendment violations for aggravated count(s) of: Slavery of Covid-19 victims
- $50,000 in damages for 5th & 14th Amendment violations for threat and intimidation to force and steal manhours of labor; an arbitrary and capricious supplement to the sentence imposed by the court; outside jurisdiction of Court
- $10,000 for 14th Amendment violation of unjust enrichment (from Slavery)
- $20,000 in punitive damages for each constitutional violations stemming from totality of Due Process violations and Slavery counts. [5th, 13th, 14th, 8th]
- Total: $190,000 in monetary damages
- Lift of management variable
- Direct transfer from FCI Herlong (immediately)
- Transfer to home arrest; under minimum security
- 2-year unlimited reimbursement for expenses accrued in obtaining mental, spiritual, emotional and/or social counseling, upon release.

"Relief," Addendum                Attachment:2

- $20,000 in Punitive Damages for violation of 1st Amendment
- $10,000 for Personal Damages of violation of 1st Amendment

Total: $220,000.00 in monetary damages

2241 Attachment    Attachment: 3
Grounds

Ground 5: 1st Amendment violation
- Intercepting attorney correspondence
- Hindering access to Courts
- Suppression of free speech and Administrative Remedy

On 1-6-2021, I submitted a signed statement - with no less the 5 (five) victims/witnesses, to the Constitutional violations herein - to C/M Austin for copies. On 1-7-2021, the signed signed statement was confiscated by SIS. I informed C/M Austin and SIS Lt. that institution was violating Constitutional rights, by intercepting communication with attorneys and/or government. Yet they refused to relinquish the, "Statement of Facts."

The BP-199 that I signed and submitted for payment of copies is presumably destroyed.

I request a BP-8 and BP-9 and was told that Lt. Pacheko would come and speak with me but that, "statement," was being investigated for group demonstration." No BP-8 or BP-9 was furnished. Administrative remedy is hindered, thwarted, blocked.