PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THINTINUS N. TAYLOR,<br><br>        Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>        Respondent. | CASE NO. 2:21-cv-0227 KJN P<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
|---|---|

On July 30, 2021 the United States requested an extension of time to October 11, 2021, to file its response to Taylor's amended 2241 petition (ECF No. 8). Good cause appearing, the request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension (ECF No. 11) is granted.

2. Respondent shall file its response on or before October 11, 2021.

Dated:  August 3, 2021

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

/tayl0227.eot

1