UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINTINUS N. TAYLOR,<br><br>  Petitioner,<br><br>  v.<br><br>BUREAU OF PRISONS,<br><br>  Respondent. | No. 2:21-cv-0227 KJM KJN P<br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 14, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  On March 21, 2022, the findings and recommendations served on petitioner were returned undelivered.  On March 23, 2022, the Clerk of the Court re-served the findings and recommendations on petitioner at an updated address obtained through the Federal Inmate Locator.  Neither party filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2022 are adopted;
2. Respondent's motion to dismiss (ECF No 15) is granted;
3. This action is dismissed without prejudice; and
4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: May 23, 2022

CHIEF UNITED STATES DISTRICT JUDGE